# IN THE MISSOURI COURT OF APPEALS
## APRIL 22, 2014
### WESTERN DISTRICT

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b) AND ISSUED PER CURIAM**

-----------------------------------------------------------------------------------------------------

| | |
|---|---|
| WD75833 | Johnny W. Frazier-El vs. State of Missouri |
| WD75845 | Clifton Lee Ray, Jr. vs. State of Missouri |
| WD76284 | Ndeye Marieme Ndiaye vs. Cheikh Ibra Seye |

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b) AND ISSUED PER CURIAM**

-----------------------------------------------------------------------------------------------------

| | |
|---|---|
| WD75838 | State of Missouri vs. Stephen J. Lockhart |